No. 357. IMPERIAL OIL LIMITED *v.* DRLIK. C. A. 6th Cir. Certiorari denied. *Lucian Y. Ray* for petitioner. *Abraham E. Freedman* for respondent.

No. 363. SAMPSELL ET AL. *v.* BALTIMORE & OHIO RAILROAD CO. ET AL. C. A. 4th Cir. Certiorari denied. *Herbert M. Brune, Jr.* for petitioners. *Bernard M. Savage* and *Wayland K. Sullivan* for the Brotherhood of Railroad Trainmen et al., respondents.

No. 396. DONAHOO *v.* THOMPSON, TRUSTEE, MISSOURI PACIFIC RAILROAD CO. Supreme Court of Missouri. Certiorari denied. *Sylvan Bruner* for petitioner. *Thos. T. Railey* for respondent.

No. 463. UNITED STATES *v.* TIEGER. C. A. 3d Cir. Certiorari denied. *Solicitor General Rankin, Assistant Attorney General Doub, Melvin Richter* and *William W. Ross* for the United States. *Samuel Voltaggio* for respondent.

No. 464. UNITED STATES *v.* COCHRAN. C. A. 5th Cir. Certiorari denied. *Solicitor General Rankin, Assistant Attorney General Doub, Melvin Richter* and *William W. Ross* for the United States.

No. 513. MITCHELL, SECRETARY OF LABOR, *v.* HARTFORD STEAM BOILER INSPECTION & INSURANCE CO. C. A. 2d Cir. Certiorari denied. *Solicitor General Rankin, Stuart Rothman* and *Bessie Margolin* for petitioner. *Francis W. Cole* for respondent.